

# GRIBETZ & LOEWENBERG, PLLC
## ATTORNEYS AT LAW

Kenneth Gribetz
Deborah Wolikow Loewenberg
*Admitted in New York*

Richard S. Pakola, Jr.
Associate
*Admitted in New York & Pennsylvania*

November 24, 2010

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/10

Re:   USA v. Joseph Lifschitz
      2010CR49

Your Honor:

   This will confirm my conversation earlier today with your law secretary, David Gopstein, Esq., during which it was agreed that, with the consent of ASUA Ryan Poscablo, this matter will be adjourned from December 4, 2010 to January 10, 2011 at 4pm.

   Thank you for your consideration.

                                    Very truly yours,

                                    GRIBETZ & LOEWENBERG, PLLC

                                    By _____
                                        Kenneth Gribetz, Esq.

KG:me

cc: AUSA Ryan Poscablo (via email)

*Handwritten endorsement:* Application granted. Speedy trial time excluded. 18 U.S.C. §3161(h)(7)(A). Naomi Reice Buchwald, USDJ. 11/29/10